**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re NEBIVOLOL ('040) PATENT LITIGATION | Civil Action No. 1:12-cv-5026 (EEB) (JC)<br>MDL No. 2364 |

**JOINT STIPULATION OF PLAINTIFFS AND HETERO DEFENDANTS**

Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively, "Plaintiffs") and Hetero USA Inc. and Hetero Labs Ltd. (collectively, "Hetero") hereby submit and respectfully request that the Court enter the attached stipulation and order dismissing, without prejudice, all claims, defenses and counterclaims as between Plaintiffs and Hetero in this case. *See* Stipulation and Order, attached as Exhibit A. Exhibit A has also been submitted in WordPerfect-compatible format to the Court's dedicated e-mail address for proposed orders as required by the Court's Case Management Procedures.

| | |
|---|---|
| Dated: October 25, 2012 | Dated: October 25, 2012 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Steven J. Horowitz<br>David T. Pritikin<br>Steven J. Horowitz<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (Fax)<br>dpritikin@sidley.com<br>shorowitz@sidley.com | /s/ Stuart D. Sender<br>Stuart D. Sender<br>Michael Choi<br>**BUDD LARNER, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>ssender@buddlarner.com<br>mchoi@buddlarner.com |
| Todd L. Krause<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br>(212) 839-5599 (Fax)<br>tkrause@sidley.com | Kevin Tottis<br>Rachel M. Vorbeck<br>**LAW OFFICES OF KEVIN TOTTIS**<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, IL 60606<br>Email: ktottis@tottislaw.com<br>Email: rmvorbeck@tottislaw.com |
| David A. Steffes<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W.<br>Washington, DC 20005<br>(202) 736-8000<br>(202) 736-8711 (Fax)<br>dsteffes@sidley.com | *Attorneys for Hetero USA Inc. and Hetero Labs Ltd.* |
| *Attorneys for Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd.* | |

**EXHIBIT A**

**Stipulation And Order**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re Nebivolol ('040) Patent Litigation | C.A. No. 12-5026 (EEB) (JC) |

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively, "Plaintiffs") and Defendants Hetero USA Inc. and Hetero Labs Ltd. (collectively, "Hetero"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Hetero. Venue is proper in this Court as to Plaintiffs and Hetero.

2. In this Action, Plaintiffs have charged Hetero with infringement of United States Patent No. 6,545,040 ("the '040 Patent") in connection with Hetero's submission of Abbreviated New Drug Application ("ANDA") No. 203825 directed to generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet to the U.S. Food and Drug Administration ("FDA").

3. In response to Plaintiffs' charges of patent infringement, Hetero has alleged certain defenses and counterclaims, including that the '040 Patent is invalid, unenforceable and/or not infringed by the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride that are the subject of ANDA No. 203825. No decision has been obtained by either party from this Court regarding these charges of infringement or these defenses and counterclaims.

4. Hetero has not rebutted the statutory presumption that the '040 Patent is valid and enforceable in this Action. This admission is without prejudice to Hetero's defenses and counterclaims that the '040 Patent is invalid, unenforceable and/or not infringed.

2

5. Hetero admits that the submission of ANDA No. 203825 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use and/or sale of generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet within the United States before the expiration of the '040 Patent was a technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to Hetero's defenses and counterclaims that the '040 Patent is invalid, unenforceable and/or that the product described by ANDA No. 203825 does not infringe that patent.

6. Hetero has agreed that each of the defenses and counterclaims set forth in its Answer And Counterclaims, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Hetero, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA No. 203825 was a technical act of infringement of the '040 Patent under 35 U.S.C. § 271(e)(2)(A). No decision of the Court has been obtained by either party regarding the presumptive validity or enforceability of the '040 Patent and/or whether the product described by ANDA No. 203825 infringes that patent.

2. Hetero's defenses and counterclaims with respect to the '040 Patent are hereby dismissed, without prejudice.

3. Hetero, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell or

3

selling within the United States, or importing into the United States, the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet that are the subject of ANDA No. 203825 during the life of the '040 Patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the asserted claims of the '040 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

    4.  Plaintiffs and Hetero each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

    5.  This Court retains jurisdiction over Plaintiffs and Hetero for purposes of enforcing this Stipulation And Order.

    6.  This Stipulation And Order shall finally resolve this Action between Plaintiffs and Hetero.

    7.  The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

**SO ORDERED:**

This _____ day of _____, 2012

                     _____
                     HONORABLE ELAINE E. BUCKLO
                     UNITED STATES DISTRICT JUDGE