# EXHIBIT F

0026-895X/88/060843-09$02.00/0
Copyright © by The American Society for Pharmacology and Experimental Therapeutics
All rights of reproduction in any form reserved.
MOLECULAR PHARMACOLOGY, 34:843-851

# The Receptor Binding Profile of the New Antihypertensive Agent Nebivolol and Its Stereoisomers Compared With Various β-Adrenergic Blockers

PETRUS J. PAUWELS, WALTER GOMMEREN, GUY VAN LOMMEN, PAUL A. J. JANSSEN, JOSÉE E. LEYSEN

Department of Biochemical Pharmacology (P.J.P., W.G., P.A.J.J., J.E.L.) and of Organic Synthesis (G.V.L., P.A.J.J.), Janssen Research Foundation, B-2340 Beerse, Belgium

Received June 2, 1988; Accepted August 23, 1988

## SUMMARY

Nebivolol [the (S,R,R,R)- + (R,S,S,S)-racemic mixture], the 10 stereoisomers, and known β-adrenergic blockers were investigated in vitro for binding to $\beta_1$- and $\beta_2$-adrenergic receptor sites and various neurotransmitter, peptide, and ion channel binding sites and for inhibition of neurotransmitter uptake. Selective labeling of $\beta_1$- and $\beta_2$-adrenergic receptor sites in rabbit and rat lung, respectively, was obtained with [$^3$H]CGP-12177 and [$^3$H] dihydroalprenolol in the presence of an appropriate concentration of the selective $\beta_2$-adrenergic blocker ICI 118-551 or the selective $\beta_1$-adrenergic blocker CGP 20712-A. Nebivolol revealed high affinity and selectivity for $\beta_1$-adrenergic receptor sites in the rabbit lung membrane preparation ($K_i$ value = 0.9 nM and $\beta_2/\beta_1$ ratio = 50). The drug dissociated slowly from these receptor sites. The activity resided in the (S,R,R,R)-enantiomer (R 67 138); the (R,S,S,S)-enantiomer (R 67 145) revealed 175 times lower $\beta_1$-adrenergic binding affinity. Within the series of stereoisomers, nebivolol and R 67 138 showed the best combination of high affinity and selectivity. Among the reference compounds, only CGP 20712-A shared these properties. Nebivolol bound to $S_{1A}$ binding sites with a $K_i$ value of 20 nM. The stereospecific requirements for interaction with these sites were different from those for the $\beta_1$-adrenergic receptor site. $S_{1A}$ binding site affinity was also observed with the potent but nonselective β-adrenergic blockers carvedilol, pindolol, and propranolol. In the various other investigated radioligand binding and neurotransmitter uptake assays, nebivolol and its stereoisomers showed activity only at micromolar concentrations or were inactive. Clinical studies have shown an interesting hemodynamic profile of nebivolol, offsetting the negative effects on left ventricular performance generally observed with classical β-adrenergic blockers. Several hypotheses regarding the mechanism of action of nebivolol are summarized.

Nebivolol (R 65 824) (nebivolol-hydrochloride is R 67 555), (±)-[R*[S*[S*-(S*)]]]-α,α'-[iminobis(methylene)]bis[6-fluoro-3,4-dihydro-2H-1-benzopyran-2-methanol], is a pseudosymmetrical molecule with four asymmetric carbon atoms (Fig. 1). Ten stereoisomers, comprising four enantiomeric pairs and two mesoforms, were synthesized and isolated.[1] Nebivolol, the racemic mixture of the (S,R,R,R)- and (R,S,S,S)-enantiomers, is being investigated as a new antihypertensive agent. In clinical studies with hypertensive patients, nebivolol was found to reduce heart rate and blood pressure but it also improved left ventricular function (1-3). In animal pharmacological studies, immediate reduction in blood pressure was observed with nebivolol, after its administration to conscious spontaneously hypertensive rats. No such effect was observed with known β-adrenergic blockers such as atenolol, propranolol, or pindolol. A further unusual feature observed at low doses of nebivolol was its apparent lack of negative cardiac inotropic effect in anesthetized dogs, in comparison with propranolol. Nebivolol reduced systemic vascular resistance and increased cardiac output and stroke volume. At equivalent doses, propranolol reduced cardiac output and stroke volume. Pharmacological investigations using isolated tissues have revealed a potent antagonism by nebivolol of isoprenaline-induced effects mediated by $\beta_1$-adrenergic receptors in the guinea pig atrium. However, the compound was 300-fold less active in antagonizing $\beta_2$-adrenergic receptor-mediated effects in the guinea pig trachea. A selective action of nebivolol at $\beta_1$-adrenergic receptors in vivo is apparent from the greater inhibition of isoprenaline-induced changes of left ventricular contractility mediated by cardiac $\beta_1$-adrenergic receptors, as compared with the reduction in diastolic blood pressure (vascular $\beta_2$-adrenergic receptors) in dogs (3).

Part of this work was supported by a grant from the Instituut voor Aanmoediging van het Wetenschappelijk Onderzoek in Nijverheid en Landbouw (Brussels, Belgium).

[1] Van Lommen et al., manuscript in preparation.

ABBREVIATIONS: CGP20712-A, (±)-(2-hydroxy-5-[2-((2-hydroxy-3-(4-((1-methyl-4-trifluoromethyl)1H-imidazole-2-yl)phenoxy)propyl)amino)ethoxy]-benzamide monomethane sulfonate; [$^3$H]CGP-12177, (±)-[$^3$H]4-(3-tertiarybutylamino-2-hydroxypropoxy)-benzimidazole-2-on hydrochloride; ICI-118551,erythro-1-(7-methylindan-4-yloxy)-3-isopropylaminobutan-2-ol.

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

MOL PHARM

MOLECULAR PHARMACOLOGY

aspet

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

Fig. 1. Structure of nebivolol with indication (*) of the four asymmetric carbon atoms.

In this study, the receptor binding and neurotransmitter uptake inhibition properties of nebivolol were investigated. Specific radioligand binding models have been developed for selective labeling of $\beta_1$- and $\beta_2$-adrenergic receptor sites. This was achieved using (i) selective tissues, i.e., rabbit and rat lung for $\beta_1$- and $\beta_2$-adrenergic receptor sites, respectively, (ii) the selective $\beta_1$-adrenergic receptor blocker CGP 20712-A (4) and $\beta_2$-adrenergic receptor blocker ICI 118-551 (5, 6), and (iii) [$^3$H] CGP-12177 and [$^3$H]dihydroalprenolol as radioligands. The stereoselectivity of the $\beta$-adrenergic receptor interaction with the nebivolol stereoisomers was investigated. The dissociation rate of unlabeled drugs from the $\beta_1$- and $\beta_2$-adrenergic receptors was measured by modification of a previously described tissue-adsorbed-to-filter method (7, 8). The interaction of nebivolol stereoisomers with various neurotransmitter receptors, ion channels, and peptide binding sites was investigated. The potency of these compounds to inhibit monoamine uptake in rat brain synaptosomes was tested. The $\beta$-adrenergic selectivity and profile of nebivolol and its stereoisomers were compared with those of known $\beta$-adrenergic blockers. The biochemical profile of nebivolol is discussed in light of the reported pharmacological properties and findings in clinical studies.

## Materials and Methods

**Tissue preparation.** Lungs from male New Zealand rabbits (~2 kg) and female rats (~150 g) were dissected and transferred in 0.9% NaCl. Tissue was homogenized in 10 volumes (volumes per wet weight tissue, v/w) of buffer (0.25 M sucrose, 0.15 M NaClO$_4$ · H$_2$O, 5 mM EDTA, and 25 mM imidazol, pH 7.4) with a Polytron mixer (3 × 10 sec, 1500 rpm). The homogenate was centrifuged at 830 × $g$ for 10 min to precipitate cell nuclei and debris. The pellet was rehomogenized and similarly centrifuged. The supernatants were combined, and filtered over cheesecloth, and further diluted up to 40 volumes per wet weight with 50 mM Tris·HCl, pH 7.7. This suspension was centrifuged at 23,600 × $g$ for 20 min, to precipitate the cell membranes. The pellet was washed twice by suspension in Tris·HCl buffer and centrifuged. The final pellet was homogenized with a Duall homogenizer in 10 volumes of 50 mM Tris·HCl, pH 8. During the entire preparation procedure the tissue suspension was kept at 0–4°. The membrane preparation was distributed into aliquots and stored at −70°. For binding assays, the membrane preparation was diluted to 100 volumes (v/w) with 50 mM Tris·HCl, pH 8.

**Binding assays to $\beta_1$- and $\beta_2$-adrenergic receptor sites.** Incubation mixtures were composed of 2 ml of tissue preparation, 0.1 ml of [$^3$H]CGP-12177 or [$^3$H]dihydroalprenolol, with or without drug for binding site occlusion, and 0.1 ml of solvent (10% ethanol), drug for inhibition, or drug for determination of nonspecific binding. Samples were mixed and incubated for 15 min at 37°. The reactions were stopped by adding 5 ml of ice-cold Tris·HCl buffer, pH 8.0, and rapid filtration over Whatman GF/B glass fiber filters under vacuum. The filters were rapidly rinsed twice with 5 ml of ice-cold Tris·HCl buffer, pH 8.0.

Filters were placed in scintillation vials and radioactivity was extracted by vigorous shaking in 8 ml of Instagel II (Packard, Warrenville). The radioactivity was counted in a Packard Tri-carb 4530 liquid scintillation counter.

To measure binding to $\beta_1$-adrenergic binding sites in rabbit lung membranes, 10 nM ICI 118-551 was added with [$^3$H]CGP-12177 or [$^3$H] dihydroalprenolol for occlusion of $\beta_2$-adrenergic binding sites. Nonspecific binding was measured in the additional presence of 1 $\mu$M CGP 20712-A. To measure binding to $\beta_2$-adrenergic binding sites in rat lung membranes, 300 nM CGP 20712-A was added with [$^3$H]CGP-12177 or [$^3$H]dihydroalprenolol for occlusion of $\beta_1$-adrenergic binding sites. Nonspecific binding was defined in the additional presence of 1 $\mu$M ICI 118-551.

To measure potencies of drugs for inhibition of binding, 1 nM [$^3$H] CGP-12177 or [$^3$H]dihydroalprenolol was used. The drugs were added to the incubation mixtures in at least six concentrations, spanning 4 orders of magnitude. The specific [$^3$H]CGP-12177 or [$^3$H]dihydroalprenolol binding in the presence of drug was calculated as the percentage of total [$^3$H]CGP-12177 or [$^3$H]dihydroalprenolol binding and plotted versus the log of the drug concentration. IC$_{50}$ values (concentration inhibiting 50% of specific [$^3$H]ligand binding) were derived graphically. $K_i$ values were calculated according to the Cheng-Prusoff equation: $K_i = IC_{50}/(1 + C/K_d)$ with $C$ being the concentration and $K_d$ the equilibrium dissociation constant of the [$^3$H]ligand (9).

For saturation binding curves, [$^3$H]CGP-12177 or [$^3$H]dihydroalprenolol was used at concentrations between 0.05 and 1 nM. $K_d$ and $B_{max}$ values were derived from Scatchard plots. Linear regression lines were calculated by the method of least squares.

**Measurement of $\beta_1$- and $\beta_2$-adrenergic receptor dissociation rates.** The *in vitro* dissociation rates of the unlabeled drugs from the $\beta_1$- and $\beta_2$-adrenergic receptor sites were measured using a tissue-absorbed-to-filter method as previously described (7, 8), with modifications. A tissue membrane preparation (see above), saturated with drug during preincubation with a concentration of 10 × IC$_{50}$ value, was adsorbed to Whatman GF/B glass fiber filters positioned on the filtration apparatus. The drug-loaded tissues, adsorbed to the filters, were rinsed with warm buffer for various time periods. At the end of the rinsing period, the tissue, adsorbed to the filter, was incubated with a sample of [$^3$H]CGP-12177 to quantify free receptors. Calculation of the half-time of dissociation of the unlabeled drug was as previously described (7).

**Radioligand receptor binding and neurotransmitter uptake assays.** Radioligand binding assays were performed using rat or guinea pig brain membrane preparations (10). For neurotransmitter uptake, a crude synaptosomal fraction from rat brain regions was used (10). The assay conditions for serotonin S$_2$, serotonin S$_{1A}$, dopamine D$_2$, dopamine D$_1$, $\alpha_1$-adrenergic, $\alpha_2$-adrenergic, histamine H$_1$, cholinergic-muscarinic, $\mu$ opiate, benzodiazepine, dihydropyridine, biogenic amine, and metabolite release, substance P and neurotensin receptor binding, and serotonin, noradrenaline, dopamine and $\gamma$-aminobutyric acid uptake were as previously described.[2] Binding to the veratridine site of the

---

[2] Leysen, J. E., W. Gommeren, A. Eens, D. de Chaffoy de Courcelles, J. C. Stoof, and P. A. J. Janssen. Biochemical profile of risperidone, a new antipsychotic. *J. Pharmacol. Exp. Ther.* **247**:661–670 (1988).

MOL PHARM

MOLECULAR PHARMACOLOGY

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

aspet

Na$^+$ channel was measured with tetraphenylphosphonium ions as previously described (11).

**Materials.** (-)-[$^3$H]CGP-12177 (34 Ci/mmol) was from Amersham and l[propyl-1,2,3-[$^3$H]dihydroalprenolol-HCl (48 Ci/mmol) was obtained from New England Nuclear (Dreieich, Germany). Nebivolol and stereoisomers were original substances from Janssen Pharmaceutica (Beerse, Belgium). Other drugs were generously supplied by the companies of origin.

## Results

**Development of receptor binding models for selective labeling of $\beta_1$- and $\beta_2$-adrenergic receptors.** Inhibition of [$^3$H]CGP-12177 binding by the selective $\beta_1$- and $\beta_2$-adrenergic blockers CGP 20712-A and ICI 118-551, respectively, was measured in rabbit and rat lung membrane preparations; inhibition curves are shown in Fig. 2. In rabbit lung, CGP 20712-A showed a monophasic inhibition curve and inhibited 80% of total [$^3$H]CGP-12177 binding. The inhibition curve of ICI 188-551 was biphasic; it was noted that less than 15% of total bound [$^3$H]CGP-12177 was inhibited in the nanomolar range. In contrast, ICI 118-551 inhibited, at nanomolar concentrations, 80% of total [$^3$H]CGP-12177 binding in the rat lung membrane preparation. In this preparation, CGP 20712-A showed a biphasic inhibition curve; only 25% of the total [$^3$H]CGP-12177 binding was inhibited in the nanomolar range. These findings indicated that rabbit and rat lung membrane preparations were enriched in $\beta_1$- and $\beta_2$-adrenergic receptor sites, respectively. In subsequent experiments, the minor population of $\beta_2$- and $\beta_1$-adrenergic receptor sites in rabbit and rat lung was occluded by addition of 10 nM ICI 118-551 and 300 nM CGP 20712-A to rabbit and rat lung membrane preparations, respectively. Figs. 3 and 4 show the saturation binding curves of [$^3$H]CGP-12177 in rabbit and rat lung membrane preparations under such conditions. Scatchard analysis revealed a single population of binding sites in each of the tissues, representing $\beta_1$-adrenergic receptor sites in the rabbit lung and $\beta_2$-adrenergic receptors sites in the rat lung. Similar findings were obtained with [$^3$H]dihydroalprenolol. $K_d$ and $B_{max}$ values for [$^3$H]CGP-12177 and [$^3$H]dihydroalprenolol binding are summarized in Table 1. [$^3$H]CGP-12177 bound with high affinity to $\beta_1$- and $\beta_2$-adrenergic receptor sites, the affinity for the $\beta_1$-adrenergic receptor being slightly higher. [$^3$H]Dihydroalprenolol bound with higher affinity to $\beta_2$- than $\beta_1$-adrenergic receptor sites. Its $\beta_2$-adrenergic receptor affinity was similar to that of [$^3$H]CGP-12177. The density of $\beta_1$-adrenergic receptor sites in the rabbit lung membrane preparation was equal to the density of $\beta_2$-adrenergic receptor sites in the rat lung membrane preparation. The receptor densities obtained with [$^3$H]dihydroalprenolol binding were in the same range.

**Interaction of nebivolol, its stereoisomers, and various $\beta$-adrenergic blockers with $\beta_1$- and $\beta_2$-adrenergic receptor sites.** Fig. 5 shows the inhibition curves of nebivolol, its d-enantiomer R 67 138 (S,R,R,R), and its l-enantiomer R 67 145 (R,S,S,S) on [$^3$H]CGP-12177 binding to $\beta_1$- and $\beta_2$-adrenergic receptor sites in rabbit and rat lung membrane preparations, respectively. Nebivolol and R 67 138 were as potent as CGP 20712-A in the inhibition of [$^3$H]CGP-12177 binding to rabbit lung membrane preparation. R 67 145 was 100 times less active than R 67 138. In contrast, [$^3$H]CGP-12177 binding to rat lung membrane preparation was only weakly inhibited by nebivolol and its two enantiomers. Nebivolol and R 67 138 were 100 times less potent than ICI 118-551 whereas R 67 145 was still 10 times less active. The eight remaining stereoisomers of nebivolol were similarly investigated; the binding affinities for $\beta_1$- and $\beta_2$-adrenergic receptor sites measured with [$^3$H]CGP-12177 and [$^3$H]dihydroalprenolol are summarized in Table 2. Nebivolol and R 67 138 showed the highest affinity for $\beta_1$-adrenergic receptors and they revealed a $\beta_1/\beta_2$ receptor selectivity of 40- to 50-fold. The most pronounced $\beta_1$-adrenergic selectivity (70–100-fold) was found with R 74 718 (R,R,R,R), but its $\beta_1$-adrenergic affinity was 12-fold less than that of R 67 138.

The $\beta$-adrenergic receptor binding affinity and selectivity of various known $\beta$-adrenergic blockers is shown in Table 3. Carvedilol, pindolol, and propranolol potently bound to $\beta_1$- and $\beta_2$-adrenergic receptor sites and lacked selectivity. Levantolol and labetolol were less potent and also nonselective. CGP 20712-A was potent and highly selective for $\beta_1$-adrenergic receptor sites whereas ICI 118-551 was a selective compound for $\beta_2$-adrenergic receptor sites. Atenolol showed low affinity for $\beta_1$- and $\beta_2$-adrenergic receptor sites and only moderate selectivity.

The dissociation rates of the compounds from the $\beta_1$- and $\beta_2$-adrenergic receptor sites were measured using the tissue-adsorbed-to-filter technique. The half-times of dissociation are presented in Table 4. Labetolol, pindolol, propranolol, and levantolol dissociated within a few minutes from both the $\beta_1$- and the $\beta_2$-adrenergic receptor sites. By contrast, nebivolol, R 67 138 (S,R,R,R), ICI 118-551, and carvedilol dissociated slowly from the $\beta_1$- and $\beta_2$-adrenergic receptor site.

**Interaction of nebivolol, its stereoisomers, and various $\beta$-adrenergic blockers with neurotransmitter receptors, ion channels, and peptide binding sites, and neurotransmitter uptake.** The binding affinity *in vitro* of the nebivolol stereoisomers was measured in radioligand binding assays for neurotransmitter receptor sites, ion channels and peptide binding sites. The binding affinities of the stereoisomers expressed as $-\log IC_{50}$ values and $K_i$ values are shown in Table 5. The potencies of the drugs ($-\log IC_{50}$) to inhibit the uptake of serotonin, norepinephrine, dopamine, and $\gamma$-aminobutyric acid



Fig. 2. Inhibition of total [$^3$H]CGP-12177 binding to rabbit and rat lung membrane preparations by CGP 20712-A and ICI 118-551. Binding was performed with 1 nM [$^3$H]CGP-12177 as described in Materials and Methods. In rabbit lung, total and nonspecific binding (in the presence of 1 $\mu$M CGP 20712-A) represent 16,690 ± 2,950 dpm and 3,713 ± 623 dpm, respectively. Rat lung, total and nonspecific binding (in the presence of 1 $\mu$M ICI 118-551) represent 17,511 ± 2,091 dpm and 2,547 ± 387 dpm, respectively. [$^3$H]CGP-12177 binding is expressed as percentage of total binding in the absence of unlabeled drugs. $\beta_1$, $\beta_1$-adrenergic receptor site; $\beta_2$, $\beta_2$-adrenergic receptor site. Curves were constructed using mean values ± standard error of three separate experiments performed in duplicate.

**846** Pauwels et al.





**Fig. 4.** Saturation binding curve (*inset*) and Scatchard plot of [$^3$H]CGP-12177 binding to $\beta_2$-adrenergic receptor sites in rat lung membrane preparation. Binding was carried out as described in the legend to Fig. 3 except that 300 nM CGP 20712-A was used instead of 10 nM ICI 118-551, to block $\beta_1$-adrenergic receptor sites. O, Total binding; ■, specific binding. Derived $K_d$ and $B_{max}$ values are presented in Table 1.

**Fig. 3.** Saturation binding curve (*inset*) and Scatchard plot of [$^3$H]CGP-12177 binding to $\beta_1$-adrenergic receptor sites in rabbit lung membrane preparation. Binding was carried out in the presence of 10 nM ICI 118-551 to block $\beta_2$-adrenergic receptor sites. Nonspecific binding was defined in the presence of 1 $\mu$M CGP 20712-A (O, total binding; ■, specific binding). Curves were constructed using mean values of binding data from four separate experiments. *SB*, specific [$^3$H]CGP-12177 binding, total bound [$^3$H]CGP-12177 in the presence of 10 nM ICI 118-551 minus nonspecifically bound. *F*, free [$^3$H]CGP-12177 concentration, added concentration of [$^3$H]CGP-12177 minus the total concentration bound. $K_d$ value was given by the reciprocal value of the slope of the lines. $B_{max}$ value was given by the intersection point with the *abscissa* (in pmol/ml). *Lines* were calculated using the method of least squares. Values are presented in Table 1.



**Fig. 5.** Inhibition of [$^3$H]CGP-12177 binding to $\beta_1$- and $\beta_2$-adrenergic receptor sites in rabbit and rat lung membrane preparation, respectively, by nebivolol (O), R 67 138 (●), R 67 145 (×), CGP 20712-A (■), and ICI 118-551 (□). Rabbit lung binding was in the presence of 10 nM ICI 118-551; total binding, 13874 ± 1327 dpm; and nonspecific binding, 2475 ± 103 dpm. Rat lung binding was in the presence of 300 nM CGP 20712-A; total binding, 13384 ± 2199 dpm; and nonspecific binding, 1841 ± 228 dpm. [$^3$H]CGP-12177 binding is expressed as percentage of total binding in the presence of 10 nM ICI 118-551 and 300 nM CGP 20712-A for rabbit and rat lung, respectively. Curves were constructed using mean ± standard error values of three separate experiments in duplicate.

in crude synaptosomal preparations are shown in Table 6. Several of the nebivolol stereoisomers bound to $S_{1A}$ binding sites labeled with [$^3$H]8-hydroxy-2-(di-*n*-propylamino)tetralin; nebivolol, R 65 825, R 67 138, R 65 260, R 74 716, R 74 829, and R 67 142 showed $K_i$ values between 20 and 40 nM. In the various other investigated radioligand binding and neurotransmitter uptake assays, nebivolol and its stereoisomers showed only activity at micromolar concentrations or were inactive.

In order to better visualize the profile of the nebivolol stereoisomers, pie charts have been constructed for nebivolol, R 67 138, and R 67 145 using the reciprocal of the $K_i$ values for receptor binding and IC$_{50}$ values for inhibition of monoamine uptake (Fig. 6). The pie chart shows the relative contribution of each activity in the sum of activities of the drug presented in Tables 2, 5, and 6. For nebivolol, $\beta_1$-adrenergic receptor binding accounts for 93%, $\beta_2$-adrenergic receptor binding for

**TABLE 1**
$K_d$ and $B_{max}$ values of [$^3$H]CGP-12271 and [$^3$H]dihydroalprenolol binding to $\beta_1$- and $\beta_2$-adrenergic receptor sites in rabbit and rat lung membrane preparation.

$K_d$ and $B_{max}$ values are the means ± standard error of values obtained in four separate experiments.

|  | Rabbit lung $\beta_1$ | | Rat lung $\beta_2$ | |
|---|---|---|---|---|
|  | $K_d$ | $B_{max}$ | $K_d$ | $B_{max}$ |
|  | nM | fmol/mg of tissue | nM | fmol/mg of tissue |
| [$^3$H]CGP-12177 | 0.14 ± 0.01 | 9.3 ± 0.7 | 0.24 ± 0.04 | 10.7 ± 0.7 |
| [$^3$H]Dihydroalprenolol | 0.89 ± 0.23 | 5.1 ± 1.3 | 0.21 ± 0.03 | 7.7 ± 0.4 |

MOL PHARM · MOLECULAR PHARMACOLOGY · aspet · Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

Case: 1:12-cv-05026 Document #: 112-6 Filed: 02/01/13 Page 6 of 10 PageID #:1431

TABLE 2
**Binding affinity of nebivolol stereoisomers for $\beta_1$- and $\beta_2$-adrenergic receptor sites measured with two ligands**

a, $-\log IC_{50}$ (M), mean value ± standard deviations. Numbers in parentheses, number of experiments. b, $K_i$ values (nM). Binding was performed as described in Materials and Methods in the presence of 300 nM ICI 118-551 with rabbit lung membrane preparation and 10 nM CGP 20717-A with rat lung membrane preparation to measure $\beta_1$- and $\beta_2$-adrenergic receptor sites, respectively.

| R-number, Configuration | | [³H]CGP-12177 binding (1 nM) | | | [³H]Dihydroalprenolol binding (1 nM) | | |
|---|---|---|---|---|---|---|---|
| | | Rabbit lung $\beta_1$ | Rat lung $\beta_2$ | Ratio $\beta_2/\beta_1$ | Rabbit lung $\beta_1$ | Rat lung $\beta_2$ | Ratio $\beta_2/\beta_1$ |
| Nebivolol | a. | 8.13 ± 0.05 (3) | 6.6 (2) | | 8.72 ± 0.09 (4) | 6.57 ± 0.05 (4) | |
| S,R,R,R + R,S,S,S | b. | 0.88 | 48 | 55 | 0.91 | 44 | 48 |
| R 65 825 | a. | 7.53 ± 0.05 (3) | 6.15 ± 0.07 (3) | | 7.92 ± 0.09 (4) | 6.13 ± 0.11 (3) | |
| S,R,S,S + R,S,R,R | b. | 3.5 | 144 | 41 | 5.7 | 281 | 49 |
| R 67 138 | a. | 8.17 ± 0.06 (3) | 6.76 ± 0.05 (3) | | 8.95 ± 0.1 (4) | 6.96 ± 0.15 (3) | |
| S,R,R,R | b. | 0.8 | 34 | 42 | 0.54 | 19 | 35 |
| R 67 145 | a. | 5.93 ± 0.11 (3) | 5.66 ± 0.05 (2) | | 6.53 ± 0.05 (3) | 5.66 ± 0.11 (3) | |
| R,S,S,S | b. | 140 | 423 | 3 | 138 | 367 | 2.6 |
| R 65 260 | a. | 7.65 ± 0.07 (2) | 6.70 ± 0.14 (2) | | 8.2 (2) | 6.40 ± 0.14 (2) | |
| S,R,R,S | b. | 2.7 | 39 | 15 | 3 | 68 | 23 |
| R 74 716 | a. | 6.15 ± 0.07 (2) | 5.65 ± 0.2 (2) | | 6.8 (2) | 5.69 ± 0.07 (2) | |
| R,S,S,R | b. | 84 | 433 | 5.15 | 75 | 375 | 5 |
| R 74 829 | a. | 6.5 (2) | 6.20 ± 0.14 (2) | | 7.05 ± 0.07 (2) | 6.15 ± 0.2 (2) | |
| S,R,S,R | b. | 38 | 122 | 3.2 | 43 | 125 | 2.9 |
| R 74 714 | a. | 6.60 ± 0.14 (2) | 5.95 ± 0.07 (2) | | 7.25 ± 0.07 (2) | 6.0 (2) | |
| S,R,S,S | b. | 30 | 217 | 7.2 | 27 | 166 | 6.1 |
| R 67 142 | a. | 7.5 (2) | 6.10 ± 0.14 (2) | | 7.90 ± 0.14 (2) | 6.0 (2) | |
| R,S,R,R | b. | 3.8 | 153 | 40 | 6 | 166 | 28 |
| R 74 721 | a. | 5.95 ± 0.07 (2) | 5.15 ± 0.07 (2) | | 6.40 ± 0.07 (2) | 5.30 ± 0.14 (2) | |
| R,R,S,S | b. | 133 | 1370 | 10 | 193 | 857 | 4.4 |
| R 74 723 | a. | 5.1 (2) | 5.30 ± 0.14 (2) | | 5.40 ± 0.14 (2) | 5.19 ± 0.07 (2) | |
| S,S,S,S | b. | 945 | 971 | 1 | 1935 | 1187 | 0.6 |
| R 74 718 | a. | 7.05 ± 0.07 (2) | 5.2 (2) | | 7.65 ± 0.07 (2) | 5.35 ± 0.07 (2) | |
| R,R,R,R | b. | 11 | 1222 | 111 | 11 | 744 | 68 |

TABLE 3
**Binding affinity of various $\beta$-adrenergic blockers for $\beta_1$- and $\beta_2$-adrenergic receptor sites measured with two ligands**

a, $-\log IC_{50}$ (M), mean value ± standard deviation. Numbers in parentheses, number of experiments. b, $K_i$ value (nM). Binding was performed as described in the legend to Table 2.

| | | [³H]CGP-12177 binding (1 nM) | | | [³H]Dihydroalprenolol binding (1 nM) | | |
|---|---|---|---|---|---|---|---|
| | | Rabbit lung $\beta_1$ | Rat lung $\beta_2$ | Ratio $\beta_2/\beta_1$ | Rabbit lung $\beta_1$ | Rat lung $\beta_2$ | Ratio $\beta_2/\beta_1$ |
| CGP 20712-A | a. | 7.86 ± 0.05 (3) | 5.2 | | 8.35 (2) | 5.3 (2) | |
| | b. | 1.6 | 1222 | 763 | 2.1 | 835 | 397 |
| Atenolol | a. | 5.65 ± 0.07 (2) | 4.8 (2) | | 6.25 ± 0.07 (2) | 4.75 ± 0.07 (2) | 11 |
| | b. | 396 | 7493 | 19 | 266 | 2960 | |
| Levantolol | a. | 6.90 ± 0.07 (2) | 6.60 ± 0.14 (2) | | 7.5 (2) | 6.50 ± 0.14 (2) | |
| | b. | 15 | 49 | 3.2 | 15 | 53 | 3.5 |
| Labetolol | a. | 6.7 (2) | 7.0 (2) | | 7.40 ± 0.14 (2) | 6.79 ± 0.07 (2) | |
| | b. | 24 | 19 | 0.79 | 19 | 30 | 1.58 |
| Carvedilol | a. | 8.65 ± 0.07 (2) | 9.0 (2) | | 9.02 ± 0.09 (4) | 8.81 ± 0.02 (3) | |
| | b. | 0.24 | 0.19 | 0.79 | 0.43 | 0.25 | 0.58 |
| Pindolol | a. | 8.13 ± 0.11 (3) | 8.30 ± 0.1 (3) | | 8.66 ± 0.11 (3) | 8.33 ± 0.15 (3) | |
| | b. | 1.4 | 1.0 | 0.7 | 1.0 | 0.8 | 0.8 |
| Propranolol | a. | 7.83 ± 0.05 (3) | 8.5 (2) | | 8.6 (2) | 8.75 (2) | |
| | b. | 2.8 | 0.62 | 0.22 | 1.2 | 0.29 | 0.24 |
| ICI 118-551 | a. | 6.60 ± 0.14 (2) | 8.60 ± 0.07 (2) | | 7.12 ± 0.09 (4) | 8.43 ± 0.10 (3) | |
| | b. | 49 | 0.49 | 0.01 | 36 | 0.62 | 0.02 |

1.7%, and $S_{1A}$ binding site binding for 4.1%. The contribution of the other activities listed in Tables 5 and 6 is negligible. The relative contribution of each activity of R 67 138 (S,R,R,R) was similar. However, the chart of R 67 145, the (R,S,S,S)-enantiomer, which only weakly bound to $\beta_1$-adrenergic receptors, is completely different. For this compound, binding to $S_{1A}$ sites accounts for 33%, $\beta_1$-adrenergic receptor binding for 22%, and $\beta_2$-adrenergic receptor binding, the veratridine site of the Na$^+$ channel, and the uptake of serotonine and dopamine between 7 and 10%.

The profile of various $\beta$-adrenergic blockers is shown in Tables 7 and 8. It reveals that carvedilol, pindolol, and propranolol also potently bind to $S_{1A}$ binding sites with $K_i$ values of 3, 15, and 84 nM, respectively. In addition, carvedilol and labetolol inhibited [³H]WB 401 binding to $\alpha_1$-adrenergic receptor sites with a $K_i$ value of 3 and 42 nM, respectively.

## Discussion

**Specificity of the $\beta_1$- and $\beta_2$-adrenergic receptor binding model.** In agreement with previous reports (see Ref. 12)

MOL PHARM · MOLECULAR PHARMACOLOGY · aspet
Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

MOL PHARM

MOLECULAR PHARMACOLOGY

aspet

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

TABLE 4
**Half-time of dissociation of nebivolol stereoisomers and $\beta$-adrenergic blockers from $\beta_1$- and $\beta_2$-adrenergic receptor sites**
Values are mean ± standard deviation. Numbers in parentheses, number of experiments.

| | $T_{\frac{1}{2}}$ | |
|---|---|---|
| | Rabbit lung $\beta_1$ | Rat lung $\beta_2$ |
| | min | |
| Nebivolol | 81 ± 19 (10) | 32 ± 5 (11) |
| R 67 138 | 109 ± 35 (8) | 37 ± 7 (4) |
| R 67 145 | 38 ± 8 (5) | 7 ± 2 (3) |
| ICI 118-551 | 54 ± 3 (4) | 47 ± 22 (6) |
| Carvedilol | 47 ± 18 (9) | 61 ± 28 (3) |
| CGP 20712-A | 21 ± 6 (6) | |
| Levantolol | 11 ± 6 (5) | 7 ± 3 (2) |
| Atenolol | 10 ± 3 (4) | |
| Propranolol | 8 ± 1 (6) | 13 ± 5 (3) |
| Pindolol | 7 ± 1 (3) | 7 ± 1 (2) |
| Labetolol | 6 ± 2 (4) | 6 ± 2 (2) |

we found that rabbit lung was mainly enriched in $\beta_1$-adrenergic receptor sites and rat lung in $\beta_2$-adrenergic receptor sites. We obtained selective labeling of $\beta_1$- and $\beta_2$-adrenergic receptor sites in these tissues, respectively, with the nonselective radioligands [$^3$H]CGP-12177 and [$^3$H]dihydroalprenolol (Table 1), in the presence of an appropriate concentration of the selective $\beta_2$-adrenergic blocker ICI 118-551 or the selective $\beta_1$-adrenergic blocker CGP 20712-A. Using these conditions, Scatchard analysis of the binding data of the radioligands indicated the presence of only one binding site in the tissues, respectively (Figs. 3 and 4). The use of selective $\beta_2$- and $\beta_1$-adrenergic blockers for occlusion of the receptor sites, respectively, was recently also applied by Nanoff et al. (13) for selective labeling of $\beta_1$- and $\beta_2$-adrenergic receptor sites in rat cardiac microsomes.

**Selectivity of nebivolol for $\beta_1$- and $\beta_2$-adrenergic receptor sites compared with its stereoisomers and other $\beta$-adrenergic blockers.** Nebivolol was a potent blocker of $\beta_1$-adrenergic receptor sites in rabbit lung. It showed a subnanomolar $K_i$ value of 0.9 nM, measured with [$^3$H]CGP-12177 as well as [$^3$H]dihydroalprenolol. Its $d$-enantiomer R 67 138 was equipotent whereas its $l$-enantiomer R 67 145 was 175-fold less potent. The least active stereoisomer, R 74 723 ($S,S,S,S$), showed a $K_i$ value of 945 nM. CGP 20712-A, pindolol, propranolol, and carvedilol showed $\beta_1$-adrenergic affinity in the same range as nebivolol. In contrast, levantolol, labetolol, and atenolol were 17-, 27-, and 450-fold less active than nebivolol.

In addition, nebivolol showed a pronounced $\beta_1$-adrenergic selectivity inasmuch as it was 50 times less potent at $\beta_2$-adrenergic receptor sites in the rat lung membrane preparation. In the series of stereoisomers, the R 67 138 ($S,R,R,R$)-enantiomer showed the optimal combination of high potency and selectivity for $\beta_1$-adrenergic receptors. Nebivolol, which is a racemic mixture of the ($S,R,R,R$) and ($R,S,S,S$)-enantiomers, shared these properties. The inactive ($R,S,S,S$)-enantiomer apparently had little effect on the activity. The presence of this compound can only reduce the concentration of the active enantiomer by half. Using [$^3$H]dihydroalprenolol, the $K_i$ value of nebivolol was indeed two times higher than that of R 67 138. This difference in $K_i$ value was not observed with [$^3$H]CGP-12177, probably because the potency difference was within the experimental variation. Within the presently investigated series of $\beta$-adrenergic blockers, only two compounds showed combined high affinity and selectivity for $\beta_1$-adrenergic receptors; these were nebivolol and CGP 20712-A. The latter had a 2-fold lower affinity but was still 10 times more selective than nebivolol. Atenolol, generally referred to as a selective $\beta_1$-adrenergic blocker, was 300 to 400 times less potent and 2 to 4 times less selective than nebivolol. Striking differences were

TABLE 5
**Receptor binding profile of nebivolol stereoisomers**
a, $-\log IC_{50}$ (M), mean value ± standard deviation. Numbers in parentheses, number of experiments. b, $K_i$ values (nM). Experimental details are described in Materials and Methods. Tested up to a concentration of $10^{-5}$ M, the nebivolol stereoisomers showed no interaction with dopamine $D_1$ receptors ([$^3$H]Sch 23390, rat striatum), cholinergic muscarinic receptors ([$^3$H]dexetimide, rat striatum), benzodiazepine receptors ([$^3$H]flunitrazepam, rat forebrain), $\mu$-opiate receptors ([$^3$H]sufentanil, rat forebrain), substance P binding sites ([$^3$H]substance P, rat striatum), or neurotensin binding sites ([$^3$H]neurotensin, guinea pig forebrain). In addition, nebivolol showed a $-\log IC_{50}$ value of 6.3 (one experiment) for the biogenic amine and metabolite release site ([$^3$H]ketanserin, rat striatum).

| | | Inhibition of $^3$H-ligand binding | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Adrenergic-$\alpha_1$ | Adrenergic-$\alpha_2$ | Serotonin $S_{1A}$ | Serotonin $S_2$ | Histamine $H_1$ | Dopamine $D_2$ | Dihydropyridine binding site | Veratridine site of Na$^+$ channel |
| Nebivolol | a. | 5.50 ± 0.07 (4) | <5.0 | 7.56 ± 0.05 (3) | 5.65 ± 0.07 (2) | 5.25 ± 0.07 (2) | 5.0 | 5.75 ± 0.07 (2) | 5.6 |
| | b. | 1160 | | 20 | 700 | 2400 | 4000 | 889 | 2512 |
| R 65 825 | a. | 5.55 ± 0.07 (2) | <5.0 | 7.30 ± 0.14 (2) | 5.60 ± 0.1 (2) | 5.07 ± 0.17 (2) | 5.0 | 5.47 ± 0.24 (2) | 5.42 ± 0.1 (2) |
| | b. | 1033 | | 38 | 780 | 3756 | 4000 | 1694 | 3802 |
| R 67 138 | a. | 5.55 ± 0.07 (2) | 5.00 ± 0.07 (2) | 7.50 ± 0.08 (3) | 5.70 ± 0.07 (2) | 5.27 ± 0.03 (2) | 5.34 ± 0.03 (2) | 5.92 ± 0.03 (2) | 5.20 ± 0.07 (2) |
| | b. | 1033 | 4670 | 24 | 623 | 2300 | 1806 | 600 | 6310 |
| R 67 145 | a. | 4.95 ± 0.07 (2) | <5.0 | 6.90 ± 0.08 (3) | 5.20 ± 0.2 (2) | <5.0 | 5.37 ± 0.03 (3) | 5.90 ± 0.14 (2) | 5.42 ± 0.1 (2) |
| | b. | 4110 | | 95 | 2330 | | 1660 | 629 | 3802 |
| R 65 260 | a. | 5.65 ± 0.07 (2) | 4.97 ± 0.03 (2) | 7.3 (2) | 5.37 ± 0.1 (2) | 5.00 ± 0.1 (2) | 5.25 ± 0.07 (2) | 6.5 (2) | 5.30 ± 0.14 (2) |
| | b. | 820 | 5000 | 38 | 1328 | 4300 | 2222 | 158 | 5012 |
| R 74 716 | a. | 4.92 ± 0.03 (2) | <5.0 | 7.27 ± 0.03 (2) | 5.45 ± 0.14 (2) | <5.0 | <5.0 | 5.30 ± 0.14 (2) | 5.5 (2) |
| | b. | 4300 | | 40 | 1100 | | | 2505 | 3162 |
| R 74 829 | a. | 5.32 ± 0.03 (2) | <5.0 | 7.35 ± 0.13 (3) | 5.52 ± 0.17 (2) | <5.0 | <5.0 | 5.55 ± 0.14 (2) | 5.30 ± 0.14 (2) |
| | b. | 1740 | | 34 | 965 | | | 1409 | 5012 |
| R 74 714 | a. | 5.6 (2) | <5.0 | 6.62 ± 0.1 (2) | 5.27 ± 0.1 (2) | <5.0 | 5.22 ± 0.17 (2) | 5.45 ± 0.2 (2) | 5.37 ± 0.10 (2) |
| | b. | 915 | | 180 | 1673 | | 2098 | 1774 | 4266 |
| R 67 142 | a. | 5.35 ± 0.07 (2) | <5.0 | 7.42 ± 0.10 (2) | 5.9 (2) | 5.1 (2) | 5.2 (2) | 5.45 ± 0.07 (2) | 5.37 ± 0.03 (2) |
| | b. | 1620 | | 28 | 390 | 3404 | 4000 | 1774 | 4266 |
| R 74 721 | a. | 5.47 ± 0.03 (2) | 4.92 ± 0.03 (2) | 6.32 ± 0.1 (2) | 5.71 ± 0.13 (2) | 5.00 ± 0.07 (2) | 5.3 (2) | 5.70 ± 0.07 (2) | 5.32 ± 0.17 (2) |
| | b. | 1220 | 4400 | 360 | 522 | 4300 | 1980 | 997 | 4786 |
| R 74 723 | a. | <5.0 | <5.0 | 6.05 ± 0.07 (2) | 5.12 ± 0.1 (2) | <5.0 | 5.15 (2) | 6.25 ± 0.07 (2) | 5.37 ± 0.03 (2) |
| | b. | | | 670 | 2323 | | 2798 | 280 | 4266 |
| R 74 718 | a. | 5.72 ± 0.03 (2) | <5.0 | 5.95 ± 0.07 (2) | 6.55 ± 0.07 (2) | 5.20 ± 0.07 (2) | <5.0 | 5.75 ± 0.13 (2) | <5.0 |
| | b. | 678 | | 840 | 88 | 2704 | | 889 | |

Case: 1:12-cv-05026 Document #: 112-6 Filed: 02/01/13 Page 8 of 10 PageID #:1433

TABLE 6
**Neurotransmitter uptake profile of nebivolol stereoisomers**

a, $-\log IC_{50}$ (M), mean value ± standard deviation. Numbers in parentheses, number of experiments. b, $IC_{50}$ (nM). Experimental details are described in Materials and Methods. Tested up to a concentration of $10^{-5}$ M, the nebivolol stereoisomers showed no interaction with [$^3$H]$\gamma$-aminobutyric acid uptake in rat cortex.

| | | Inhibition of [$^3$H]neurotransmitter uptake | | |
|---|---|---|---|---|
| | | Serotonin | Noradrenaline | Dopamine |
| Nebivolol | a. | 6.47 ± 0.1 (2) | 6.25 ± 0.07 (2) | 6.40 ± 0.07 (2) |
| | b. | 340 | 565 | 400 |
| R 65 825 | a. | 6.57 ± 0.1 (2) | 6.27 ± 0.03 (2) | 6.65 (2) |
| | b. | 269 | 531 | 223 |
| R 67 138 | a. | 6.17 ± 0.03 (2) | 6.00 ± 0.07 (2) | 6.3 (2) |
| | b. | 676 | 1000 | 501 |
| R 67 145 | a. | 6.5 (2) | 6.05 ± 0.07 (2) | 6.37 ± 0.1 (2) |
| | b. | 316 | 891 | 427 |
| R 65 260 | a. | 6.02 ± 0.03 (2) | 6.11 ± 0.17 (3) | 6.35 ± 0.2 (2) |
| | b. | 944 | 805 | 473 |
| R 74 716 | a. | 6.15 ± 0.07 (2) | 5.8 (2) | 6.15 ± 0.2 (2) |
| | b. | 712 | 1584 | 750 |
| R 74 829 | a. | 6.15 ± 0.14 (2) | 6.20 ± 0.14 (2) | 6.62 ± 0.1 (2) |
| | b. | 727 | 647 | 240 |
| R 74 714 | a. | 6.70 ± 0.2 (2) | 6.22 ± 0.17 (2) | 6.4 (2) |
| | b. | 211 | 620 | 398 |
| R 67 142 | a. | 6.25 ± 0.2 (2) | 5.97 ± 0.17 (2) | 6.27 ± 0.1 (2) |
| | b. | 562 | 1103 | 536 |
| R 74 721 | a. | 6.47 ± 0.03 (2) | 6.47 ± 0.03 (2) | 6.37 ± 0.3 (2) |
| | b. | 334 | 334 | 508 |
| R 74 723 | a. | 6.25 ± 0.2 (2) | 5.97 ± 0.1 (2) | 6.12 ± 0.03 (2) |
| | b. | 562 | 1074 | 758 |
| R 74 718 | a. | 6.35 ± 0.07 (2) | 6.35 ± 0.07 (2) | 6.02 ± 0.03 (2) |
| | b. | 446 | 1189 | 954 |

observed with the compounds in the half-times of dissociation from the $\beta_1$- and $\beta_2$-adrenergic receptor sites. Nebivolol can be considered a slowly dissociating drug from the $\beta_1$- as well as the $\beta_2$-adrenergic receptor sites. A slow drug receptor dissociation may increase the duration of action of the drug, although pharmacokinetic and metabolic processes may play a major role (7). The biggest advantage of slow receptor dissociation is the achievement of a stable receptor blockade, which is relatively insensitive to sudden variations in free concentrations of endogenous agonist or to fluctuations in the free concentration of the drug. This was also observed with R 67 138, ICI 118-551, and carvedilol whereas the other reference compounds dissociated within minutes from the $\beta$-adrenergic receptor sites.

**Biochemical profile of nebivolol compared with its stereoisomers and other $\beta$-adrenergic blockers.** Besides high binding affinity for $\beta_1$-adrenergic receptor sites, nebivolol bound to $S_{1A}$ binding sites with a $K_i$ value of 20 nM, i.e., about 20-fold higher than its $K_i$ value for the $\beta_1$-adrenergic receptor site. Several of the nebivolol stereoisomers bound to the $S_{1A}$ binding sites with a similar potency; hence, the stereospecific requirements for interaction with these sites appeared to be distinct from those for the $\beta_1$-adrenergic receptor site (Table 5). As a result, some of the stereoisomers bound more potently to the $S_{1A}$ binding sites than to the $\beta_1$-adrenergic receptor sites. This was the case for the $l$-enantiomer of nebivolol, R 67 145 ($R,S,S,S$) (see Fig. 6), and for R 74 716 ($R,S,S,R$), R 74 829 ($S,R,S,R$) and R 74 723 ($S,S,S,S$). Carvedilol, pindolol and propranolol also bound to $S_{1A}$ binding sites, although their $\beta_1$-adrenergic receptor affinity was at least 10-fold higher than their $S_{1A}$ binding site affinity. At the same time, carvedilol showed $\alpha_1$-adrenergic receptor affinity; it was 14-fold lower than its $\beta_1$-adrenergic affinity. Labetolol showed $\alpha_1$-adrenergic affinity in the same range as its $\beta_1$-adrenergic affinity. Hence, it appeared that only CGP 20712-A, ICI 118-551, levantolol, and atenolol are characterized by $\beta$-adrenergic affinity free from other tested binding affinities.

**Mode of action of nebivolol as antihypertensive agent.** Clinical and *in vivo* pharmacological studies with nebivolol revealed an interesting hemodynamic profile, different from that of classical $\beta$-adrenergic blockers (see introduction). Observed reductions in heart rate can probably be attributed to $\beta_1$-adrenergic receptor blockade. However, improved left ventricular function, reduction in systemic vascular resistance, and related increased cardiac output seen with nebivolol are not properties of classical $\beta$-adrenergic blockers. Also, the immediate reduction in blood pressure, obtained after administration of nebivolol to conscious spontaneous hypertensive rats, has not been observed with known $\beta$-adrenergic blockers. Recent observations have revealed that the particular hemodynamic profile is specifically obtained with nebivolol, whereas the $\beta_1$-adrenergic active enantiomer R 67 138 ($S,R,R,R$) showed the activities of a typical $\beta$-adrenergic blocker. Hence, the properties of nebivolol apparently resulted from the combined activities of the two enantiomers. The presently investigated biochemical properties do not provide a direct clue for the explanation of the beneficial effects.

Drug properties reported to be related to decreased vascular resistance such as $\alpha_1$-adrenergic or serotonin $S_2$ antagonism,



Fig. 6. Pie charts of the receptor binding and neurotransmitter uptake profile of nebivolol, R 67 138, and R 67 145. Pie charts were constructed using the reciprocals of $K_i$ values in Table 2 and 5 and $IC_{50}$ values in Table 6. The table shows the per cent contribution of each activity in the sum of the indicated activities of a nebivolol-stereoisomer. *DHP*, dihydropyridine binding site, *vera*, veratridine binding site of the Na$^+$ channel; *5-HT*, 5-hydroxytryptamine; *NA*, noradrenaline; *DA*, dopamine.

| % | $\beta_1$ | $\beta_2$ | $S_{1A}$ | $S_2$ | $\alpha_1$ | $\alpha_2$ | $H_1$ | $D_2$ | DHP | vera | 5-HT u | NA u | DA u |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nebivolol | 92.95 | 1.70 | 4.09 | 0.12 | 0.07 | 0.01 | 0.03 | 0.02 | 0.09 | 0.33 | 0.24 | 0.14 | 0.20 |
| R 67 138 | 93.80 | 2.21 | 3.13 | 0.12 | 0.07 | 0.02 | 0.03 | 0.04 | 0.13 | 0.12 | 0.11 | 0.08 | 0.15 |
| R 67 145 | 22.07 | 7.31 | 32.53 | 1.33 | 0.75 | 0.31 | 0.31 | 1.86 | 4.91 | 8.13 | 9.78 | 3.47 | 7.24 |

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

TABLE 7
**Receptor binding profile of various $\beta$-adrenergic blockers**

a, $-\log IC_{50}$ (M), mean value ± standard deviation. Numbers in parentheses, number of experiments. b, $K_i$ values (nM). Binding was performed as described in the legend to Table 5. Tested up to a concentration of $10^{-5}$ M, the $\beta$-adrenergic blockers showed no interaction with dopamine $D_1$ receptors ([$^3$H]Sch 23390, rat striatum), cholinergic muscarinic receptors ([$^3$H]dexetimide, rat striatum), benzodiazepine receptors ([$^3$H]flunitrazepam, rat forebrain), $\mu$-opiate receptors ([$^3$H]sufentanil, rat forebrain), substance P binding sites ([$^3$H]substance P, rat striatum), or neurotensin binding sites ([$^3$H]neurotensin, guinea pig forebrain).

| | | Inhibition of $^3$H-ligand binding | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Adrenergic-$\alpha_1$ | Adrenergic-$\alpha_2$ | Serotonin S$_{1A}$ | Serotonin S$_2$ | Histamine H$_1$ | Dopamine D$_2$ | $\mu$-Opiate | Veratridine site of Na$^+$ channel |
| CGP 20712-A | a. | <5.0 | <5.0 | 5.10 ± 0.1 (3) | <5.0 | <5.0 | 5.6 (2) | 5.5 (2) | <5.0 |
| | b. | | | 595 | | | 992 | 854 | |
| Atenolol | a. | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 |
| | b. | | | | | | | | |
| Levantolol | a. | 5.65 ± 0.07 (2) | <5.0 | 6.3 (2) | 5.42 ± 0.1 (2) | <5.0 | <5.0 | <5.0 | <5.0 |
| | b. | 820 | | 375 | 1,167 | | | | |
| Labetolol | a. | 6.95 ± 0.08 (3) | <5.0 | 6.40 ± 0.07 (3) | <5.0 | <5.0 | <5.0 | 5.05 ± 0.07 (2) | <5.0 |
| | b. | 42 | | 298 | | | | 2,408 | |
| Carvedilol | a. | 8.03 ± 0.15 (3) | 5.30 ± 0.05 (3) | 8.35 ± 0.07 (2) | 6.17 ± 0.03 (2) | 5.15 ± 0.07 (2) | 6.26 ± 0.05 (3) | 5.00 ± 0.1 (3) | 5.90 ± 0.2 (2) |
| | b. | 3.4 | 2,168 | 3.4 | 207 | 3,034 | 213 | 2,700 | |
| Pindolol | a. | 5.3 (2) | <5.0 | 7.61 ± 0.1 (3) | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 |
| | b. | 1,825 | | 15 | | | | | |
| Propranolol | a. | <5.0 | <5.0 | 6.95 ± 0.07 (2) | 5.1 (2) | <5.0 | <5.0 | <5.0 | |
| | b. | | | 84 | 2,466 | | | | |
| ICI 118-551 | a. | <5.0 | <5.0 | 4.6 (2) | 5.25 ± 0.07 (2) | <5.0 | <5.0 | <5.0 | <5.0 |
| | b. | | | 18,840 | 1,629 | | | | |

TABLE 8
**Neurotransmitter uptake profile of various $\beta$-adrenergic blockers**

a, $-\log IC_{50}$ (M), mean value ± standard deviation. Numbers in parentheses, number of experiments. b, IC$_{50}$ (nM). Uptake was performed as described in the legend to Table 6. Tested up to a concentration of $10^{-5}$ M, the $\beta$-adrenergic blockers showed no interaction with [$^3$H]$\gamma$-aminobutyric acid uptake in rat cortex.

| | | Inhibition of [$^3$H]-neurotransmitter uptake | | |
|---|---|---|---|---|
| | | Serotonin | Noradrenaline | Dopamine |
| CGP 20712-A | a. | 5.60 ± 0.14 (2) | 5.35 ± 0.07 (2) | <5.0 |
| | b. | 2,577 | 4,466 | |
| Atenolol | a. | <5.0 | <5.0 | <5.0 |
| | b. | | | |
| Levantolol | a. | 6.63 ± 0.1 (3) | 6.55 ± 0.14 (2) | 5.62 ± 0.03 (2) |
| | b. | 236 | 288 | 2,374 |
| Labetolol | a. | 5.75 ± 0.07 (2) | 6.0 (2) | 5.52 ± 0.1 (2) |
| | b. | 1,789 | 1,000 | 3,029 |
| Carvedilol | a. | 6.30 ± 0.16 (4) | 5.62 ± 0.1 (2) | 6.23 ± 0.2 (3) |
| | b. | 528 | 2,406 | 627 |
| Pindolol | a. | 5.0 (2) | 5.61 ± 0.07 (3) | 5.1 (3) |
| | b. | 10,000 | 2,417 | 7,943 |
| Propranolol | a. | 5.95 | 5.50 ± 0.07 (2) | 5.1 |
| | b. | 1,122 | 3,160 | 7,943 |
| ICI 118-551 | a. | 5.72 ± 0.03 (3) | 5.48 ± 0.17 (4) | 5.35 ± 0.07 (2) |
| | b. | 1,880 | 3,250 | 4,460 |

$Ca^{2+}$ entry blockade, or dopamine $D_2$ antagonism were not observed with nebivolol or the stereoisomers. In this study, nebivolol and both separated enantiomers showed $S_{1A}$ binding site affinity; however, this affinity was also observed with carvedilol, pindolol, and propranolol. $S_{1A}$ binding sites have been proposed to have a role in cardiovascular function. Hypotension and bradycardia have been observed with 8-hydroxy-2-di-$N$-propylamino-tetralin, considered as the prototype of $S_{1A}$ agonists, in very particular experimental conditions (14, 15). However, the reported cardiovascular effects of this $S_{1A}$ agonists are unlike the hemodynamic effects of nebivolol. Neither did carvedilol, pindolol, and propranolol share the hemodynamic effects of nebivolol. In the absence of a sufficient number of drugs that specifically act as agonists and antagonists on the $S_{1A}$ binding sites in the absence of controlled clinical data, hypotheses on the role of the $S_{1A}$ binding sites must be regarded with caution. Several hypotheses regarding the mechanism of action of nebivolol can be proposed. One possibility is an antagonistic action at presynaptic $\beta$-adrenergic receptors involved in the release of adrenaline and noradrenaline from adrenergic neurones (16). Otherwise, emerging molecular biological data on the amino acid sequences of cloned receptors have revealed dissimilarities in the sequence of the $\beta$-adrenergic receptor obtained from various tissues and species (17, 18). Therefore, it seems not unlikely that different, as yet unidentified, receptor subtypes exist, which may have particular functions. Such possibilities could be explored with nebivolol.

**Acknowledgments**

We sincerely thank Suzy De Cauwer for secretarial work.

**References**

1. De Cree, J., H. Geukens, J. Leempoels, and H. Verhaegen. Haemodynamic effects in man during exercise of a single oral dose of nebivolol (R 67 555): new beta-1-adrenoceptor blocking agent: a comparative study with atenolol, pindolol, and propranolol. *Drug Dev. Res.* 8:109–117 (1986).
2. De Cree, J., H. Geukens, C. Cobo, and H. Verhaegen. Subacute hemodynamic effects of nebivolol in man at rest and during exercise. *Angiology* 38:440–448 (1987).
3. Van de Water, A., W. Janssens, J. Van Nueten, R. Xhonneux, J. De Cree, H. Verhaegen, R. S. Reneman, and P. A. J. Janssen. The pharmacological and hemodynamic profile of nebivolol, a chemically novel, potent and selective $\beta_1$-adrenergic antagonist. *J. Cardiovasc. Pharmacol.* 11: 552–563 (1988).
4. Dooley, D. J., and H. Bittiger. Quantitative assessment of central $\beta_1$- and $\beta_2$-adrenoceptor regulation using CGP 20712-A. *J. Pharmacol. Methods* 18:131–136 (1987).
5. O'Donnell, S. R., and J. C. Warstall. Evidence that ICI 118-551 is a potent, highly beta$_2$-selective adrenoreceptor antagonist and can be used to characterize beta-adrenoreceptor populations in tissues. *Life Sci.* 27:671 (1980).
6. Bilski, A., S. Dorries, D. Fitzgerald, R. Jessup, H. Tucker, and J. Wale. ICI 118-551, a potent beta$_2$-adrenoceptor antagonist. *Br. J. Pharmacol.* 69:P292 (1980).
7. Leysen, J. E., and W. Gommeren. The dissociation rate of unlabelled dopamine antagonists and agonists from the dopamine-D$_2$ receptor application of an original filter method. *J. Recept. Res.* 4:817–845 (1984).
8. Leysen, J. E., and W. Gommeren. Drug-receptor dissociation time, new tool for drug research: receptor binding affinity and drug-receptor dissociation profiles of serotonin-S$_2$, dopamine-D$_2$, histamine-H$_1$ antagonists, and opiates. *Drug Dev. Res.* 8:119–131 (1986).
9. Cheng, Y.-C., and W. H. Prusoff. Relationship between the inhibition constant ($K_i$) and the concentration of inhibitor which causes 50 per cent inhibition (I$_{50}$) of an enzymatic reaction. *Biochem. Pharmacol.* 22:3099–3108 (1973).
10. Leysen, J. E., P. Van Gompel, W. Gommeren, R. Woestenborghs, and P. A. J.

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013

Janssen. Down regulation of serotonin-$S_2$ receptor sites in rat brain by chronic treatment with the serotonin-$S_2$ antagonists: ritanserin and setoperone. *Psychopharmacology* **88**:434–444 (1986).

11. Pauwels, P. J., and P. M. Laduron. $TPP^+$ accumulation in rat brain synaptosomes as a probe for $Na^+$ channels. *Eur. J. Pharmacol.* **132**:289–293 (1986).
12. Nahorski, S. R. Identification and significance of *beta*-adrenoceptor subtypes, in *Towards Understanding Receptors, Current Reviews in Biomedicine 1* (J. W. Lamble, ed.). Elsevier/North Holland (1981).
13. Nanoff, C., M. Freissmuth, and W. Schütz. The role of a low $\beta_1$-adrenoceptor selectivity of [$^3$H]CGP-12177 for resolving subtype-selectivity of competitive ligands. *Naunyn-Schmiedeberg's Arch. Pharmacol.* **336**:519–525 (1987).
14. Fozard, J. R., A. K. Mir, and D. N. Middlemiss. Cardiovascular response to 8-hydroxy-2-(di-*n*-propylamino)tetralin (8-OH-DPAT) in the rat: site of action and pharmacological analysis. *J. Cardiovasc. Pharmacol.* **9**:328–347 (1987).
15. Di Francesco, G. F., M. A. Petty, and J. R. Fozard. Antihypertensive effects of 8-hydroxy-2-(di-*n*-propylamino)tetralin (8-OH-DPAT) in conscious dogs. *Eur. J. Pharmacol.* **147**:287–290 (1988).
16. Misu, Y., and T. Kubo. Presynaptic $\beta$-adrenoceptors. *Med. Res. Rev.* **6**:197–225 (1986).
17. Marx, J. L. Receptors highlighted at NIH Symposium. *Science (Wash. D. C.)* **238**:615–616 (1987).
18. Dohlman G. H., M. G. Caron, and R. J. Lefkowitz. A family of receptors coupled to guanine nucleotide regulatory proteins. *Biochemistry* **26**:2657–2664 (1987).

**Send reprint requests to:** Dr. P. J. Pauwels, Department of Biochemical Pharmacology, Janssen Research Foundation, B-2340 Beerse, Belgium

Case: 1:12-cv-05026 Document #: 112-6 Filed: 02/01/13 Page 10 of 10 PageID #:1435

MOL PHARM

MOLECULAR PHARMACOLOGY

aspet

Downloaded from molpharm.aspetjournals.org by guest on January 25, 2013