**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re NEBIVOLOL ('040) PATENT LITIGATION<br>gm | Civil Action No. 1:12-cv-5026 (EEB) (JC)<br>MDL No. 2364 |

**JOINT REPORT ON THE NATURE AND FORM OF THE CLAIM CONSTRUCTION
HEARING AND JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Local Patent Rule 4.2(f), Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. and Defendants Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE), Watson Laboratories, Inc. (NY), Watson Laboratories, Inc. (CT), Actavis Pharma, Inc., Actavis, Inc., Amerigen Pharmaceuticals, Inc., and Amerigen Pharmaceuticals Ltd. jointly submit their Report on the Nature and Form of the Claim Construction Hearing. The parties' Joint Claim Construction Chart is attached to this report as Exhibit A.

The Court has scheduled a Claim Construction Tutorial for July 19, 2013 at 1:30 p.m. and a Claim Construction Hearing for July 26, 2013 at 1:00 p.m. (D.I. 128, 135.) The parties propose that the tutorial follow the general format discussed at the January 25, 2013 status hearing: each side will present for one hour through a combination of attorneys and/or experts, and the tutorial will be on the record but may not be used in the litigation for any purpose. (D.I. 119.) Defendants will present first, and each side may reserve a portion of its time for rebuttal.

The parties propose that the Claim Construction Hearing proceed as follows: each side will have one hour and fifteen minutes to present through attorneys only. Defendants will present first, and each side may reserve a portion of its time for rebuttal.

| | |
|---|---|
| Dated: July 16, 2013 | Dated: July 16, 2013 |
| Respectfully submitted, | Respectfully submitted, |
| s/ Steven J. Horowitz | s/ Jeremy Edwards |
| David T. Pritikin<br>Linda R. Friedlieb<br>Steven J. Horowitz<br>**SIDLEY AUSTIN LLP**<br>1 S. Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (Fax)<br>dpritikin@sidley.com<br>lfriedlieb@sidley.com<br>shorowitz@sidley.com | Steven A. Maddox<br>Jeremy Edwards<br>**KNOBBE MARTENS**<br>1717 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20006<br>steve.maddox@knobbe.com<br>jeremy.edwards@knobbe.com |
| Todd L. Krause<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br>(212) 839-5599 (Fax)<br>tkrause@sidley.com | Frederick Christopher Laney<br>Ashley Elizabeth LaValley<br>**NIRO, HALLER & NIRO**<br>181 W. Madison<br>Suite 6400<br>Chicago, IL 60602<br>laney@nshn.com<br>alavalley@nshn.com |
| *Attorneys for Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd.* | *Attorneys for Defendants Watson Laboratories Inc. (NV), Watson Laboratories Inc. (DE), Watson Laboratories Inc. (NY), Watson Laboratories Inc. (CT), Actavis Pharma, Inc., and Actavis, Inc.* |

s/ Christopher Casieri
William D. Hare
Steven M. War
Christopher Casieri
**MCNEELY HARE & WAR LLP**
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
bill@miplaw.com
steve@miplaw.com
chris@miplaw.com

Deirdre Anne Fox
**SCHARF BANKS MARMOR LLC**
333 West Wacker Drive
Suite 450
Chicago, IL 60606
dfox@scharfbanks.com

*Attorneys for Defendants Amerigen Pharmaceuticals Inc. and Amerigen Pharmaceuticals Ltd.*

## EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART

The disputed claim terms in U.S. Patent No. 6,545,040, along with the parties' proposed constructions, are as follows:

| Claim Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "consisting of" | A transitional phrase that limits the claim to the recited elements, but does not exclude impurities ordinarily associated therewith, and allows for elements unrelated to the claimed invention | Transition phrase that limits the claim to the recited elements, excludes any unrecited stereoisomers of nebivolol, and otherwise allows for elements unrelated to the claimed invention |
| "potentiating" | Enhancing or increasing | Increasing the activity of another ingredient where the combined activity is more than the additive activity of each ingredient alone, *i.e.*, a synergistic effect |
| "active ingredients" | Ingredients that furnish pharmacological activity or other direct effect in the diagnosis, cure, mitigation, treatment, or prevention of disease | Ingredients having pharmacological activity |