**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re NEBIVOLOL ('040) PATENT LITIGATION | Civil Action No. 1:12-cv-5026 (EEB) (JC) |

## JOINT STIPULATION OF PLAINTIFFS AND ACTAVIS

Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively, "Plaintiffs") and Defendants Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE), Watson Laboratories, Inc. (NY), Watson Laboratories, Inc. (CT), Watson Pharma, Inc., and Actavis, Inc., (collectively, "Actavis") hereby submit and respectfully request that the Court enter the attached stipulation and order dismissing, without prejudice, all claims, defenses, and counterclaims as between Plaintiffs and Actavis in this case. *See* Stipulation and Order, attached as Exhibit A. Exhibit A has also been submitted in WordPerfect-compatible format to the Court's dedicated e-mail address for proposed orders as required by the Court's Case Management Procedures.

Dated: November 7, 2013

Respectfully submitted,

/s/ Steven J. Horowitz
David T. Pritikin
Steven J. Horowitz
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 (Fax)
dpritikin@sidley.com
lfriedlieb@sidley.com
shorowitz@sidley.com

Todd L. Krause
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (Fax)
tkrause@sidley.com

*Attorneys for Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd.*

Dated: November 7, 2013

Respectfully submitted,

/s/ Jeremy Edwards
Steven A. Maddox
Jeremy Edwards
**KNOBBE MARTENS**
1717 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
steve.maddox@knobbe.com
jeremy.edwards@knobbe.com

Frederick Christopher Laney
Ashley Elizabeth LaValley
**NIRO, HALLER & NIRO**
181 W. Madison
Suite 6400
Chicago, IL 60602
laney@nshn.com
alavalley@nshn.com

*Attorneys for Defendants Watson Laboratories Inc. (NV), Watson Laboratories Inc. (DE), Watson Laboratories Inc. (NY), Watson Laboratories Inc. (CT), Actavis Pharma, Inc., and Actavis, Inc.*

# **EXHIBIT A**

**Stipulation And Order**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re Nebivolol ('040) Patent Litigation | C.A. No. 12-5026 (EEB) (JC) |

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively, "Forest" or "Plaintiffs") and Defendants Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE), Watson Laboratories, Inc. (NY), Watson Laboratories, Inc. (CT), Watson Pharma, Inc., and Actavis, Inc., (collectively, "Actavis"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Actavis. Venue is proper in this Court as to Plaintiffs and Actavis.

2. In this Action, Plaintiffs have charged Actavis with infringement of United States Patent No. 6,545,040 ("the '040 Patent") in connection with Actavis's submission of Abbreviated New Drug Application ("ANDA") No. 203683 directed to generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet to the U.S. Food and Drug Administration ("FDA").

3. In response to Plaintiffs' charges of patent infringement, Actavis has alleged certain defenses and counterclaims, including that the '040 Patent is invalid, unenforceable and/or not infringed by the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride that are the subject of ANDA No. 203683. No decision has been obtained by either party from this Court regarding these charges of infringement or these defenses and counterclaims.

4. To date, Actavis has not rebutted the statutory presumption that the '040 Patent is valid and enforceable in this Action. This admission is without prejudice to Actavis's defenses and counterclaims that the '040 Patent is invalid, unenforceable and/or not infringed.

5. Actavis admits that the submission of ANDA No. 203683 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use and/or sale of generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet within the United States before the expiration of the '040 Patent was a technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to Actavis's defenses and counterclaims that the '040 Patent is invalid, unenforceable and/or that the product described by ANDA No. 203683 does not infringe that patent.

6. Both parties agree that all other claims and defenses set forth in their pleadings against each other, including the allegations and averments contained therein, should be dismissed, without prejudice.

**ORDER**

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Actavis, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA No. 203683 was a technical act of infringement of the '040 Patent under 35 U.S.C. § 271(e)(2)(A). No decision of the Court has been obtained by either party regarding the presumptive validity or enforceability of the '040 Patent and/or whether the product described by ANDA No. 203683 infringes that patent.

2. All other claims and defenses set forth in Plaintiffs' and Actavis's pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

3. Actavis, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell or selling within the United States, or importing into the United States, the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams, or 20 milligrams of nebivolol hydrochloride per tablet that are the subject of ANDA No. 203683 during the life of the '040 Patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the asserted claims of the '040 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

4. Plaintiffs and Actavis each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiffs and Actavis for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve this Action between Plaintiffs and Actavis.

7. The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

**SO ORDERED:**

This _____ day of _____, 2013

_____
HONORABLE ELAINE E. BUCKLO
UNITED STATES DISTRICT JUDGE

4